# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH FRAPANPINA III on behalf of Himself and all other similarly situated, | ) ) ) | |
| | ) | Case No. 19-cv-00493 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge John Robert Blakey |
| GARDA CL GREAT LAKES, INC., | ) ) | Magistrate Judge Michael T. Mason |
| Defendant. | ) ) | |

## JOINT MOTION TO EXTEND TIME TO FILE MOTION
## FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

The parties, by their respective counsel, have previously reported that they have settled the case in principle. Pursuant to this Court's Order of September 16, 2021, the Court gave the Parties leave to file their Motion for Preliminary Approval of the Class Settlement on October 15, 2021. They now request that this Court give them 7 additional days to present their motion for preliminary approval: October 22, 2021. If the Court preliminarily approves the settlement, the parties will propose a schedule for sending notice, giving class members an opportunity to object or opt out and a hearing date for the Court to consider final approval and Class counsel's request for attorneys' fees.

Dated: October 12, 2021                                    Respectfully submitted,

GARDA CL GREAT LAKES, INC.                JOSEPH FRAPANPINA

By:   /s/ Mark L. Shapiro                           By:   /s/ Terrence Buehler

Mark L. Shapiro                                            Terrence Buehler
Phillip M. Schreiber                                      The Law Office of Terrence Buehler
Holland & Knight LLP                                  19 S. LaSalle St., Ste. 702
150 N. Riverside Plaza, Suite 2700             Chicago, IL  60603
Chicago, IL  60606                                      312-371-4385
312-263-3600                                               tbuehler@tbuehlerlaw.com

| | |
|---|---|
| 312-578-6666 (Fax)<br>mark.shapiro@hklaw.com<br>phillip.schreiber@hklaw.com | Peter Lubin<br>Patrick Austermuehle<br>Lubin-Austermuehle<br>360 West Butterfield Road, Ste. 325<br>Elmhurst, IL 60126<br>(630) 333-0333<br>peter@l-a.law<br>patrick@l-a.law |

## **CERTIFICATE OF SERVICE**

    I, Terrence Buehler, the undersigned attorney, hereby certify that on October 12, 2021, I served the foregoing Joint Motion to Extend Time to File Motion for Preliminary Approval of Class Settlement via the Court's CM/ECF system, on all counsel of record.

                                                                 /s/ Terrence Buehler