**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH FRAPANPINA III on behalf of | ) | |
| Himself and all other similarly situated, | ) | |
| | ) | Case No. 19-cv-00493 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John Robert Blakey |
| | ) | |
| GARDA CL GREAT LAKES, INC., | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS

The parties, by their respective counsel, move this Court to preliminarily approve the negotiated settlement and certify a settlement class. In support of this Motion, the parties incorporate herein by reference the Memorandum in Support filed contemporaneously with this motion.

Dated:  October 22, 2021                        Respectfully submitted,

GARDA CL GREAT LAKES, INC.                JOSEPH FRAPANPINA

By:___/s/ Mark L. Shapiro_____                By:___/s/ Terrence Buehler_____

Mark L. Shapiro
Phillip M. Schreiber
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL  60606
312-263-3600
312-578-6666 (Fax)
mark.shapiro@hklaw.com
phillip.schreiber@hklaw.com

Terrence Buehler
The Law Office of Terrence Buehler
19 S. LaSalle St., Ste. 702
Chicago, IL  60603
312-371-4385
tbuehler@tbuehlerlaw.com

Peter Lubin
Patrick Austermuehle
Lubin-Austermuehle
360 West Butterfield Road, Ste. 325
Elmhurst, IL 60126
(630) 333-0333
peter@l-a.law
patrick@l-a.law