# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH FRAPANPINA III on behalf of Himself and all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-00493 |
| v. | ) ) | Judge John Robert Blakey |
| GARDA CL GREAT LAKES, INC., | ) ) | Magistrate Judge Michael T. Mason |
| Defendant. | ) ) | |

## AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS

The parties, by their respective counsel, move this Court to preliminarily approve the negotiated settlement and certify a settlement class. In support of this Motion, the parties incorporate herein by reference the Memorandum in Support filed contemporaneously with this motion.

Dated:  November 5, 2021                                      Respectfully submitted,

| GARDA CL GREAT LAKES, INC. | JOSEPH FRAPANPINA |
|---|---|
| By:   /s/ Mark L. Shapiro | By:   /s/ Terrence Buehler |
| Mark L. Shapiro<br>Phillip M. Schreiber<br>Holland & Knight LLP<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL  60606<br>312-263-3600<br>312-578-6666 (Fax)<br>mark.shapiro@hklaw.com<br>phillip.schreiber@hklaw.com | Terrence Buehler<br>The Law Office of Terrence Buehler<br>19 S. LaSalle St., Ste. 702<br>Chicago, IL  60603<br>312-371-4385<br>tbuehler@tbuehlerlaw.com<br><br>Peter Lubin<br>Patrick Austermuehle<br>Lubin-Austermuehle<br>360 West Butterfield Road, Ste. 325<br>Elmhurst, IL 60126<br>(630) 333-0333<br>peter@l-a.law<br>patrick@l-a.law |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I electronically filed the foregoing AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

/s/Terrence Buehler
Terrence Buehler

*Counsel for Class Plaintiffs*

#83322307_v1